UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIO BRADLEY, JR.,
    Petitioner,

vs.                        Case No.:  4:21cv469/WS/EMT

JEREMY HEAD, et al.,
    Respondents.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner commenced this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1).  On December 7, 2021, the court issued an order directing Petitioner to pay the $5.00 filing fee within thirty days (ECF No. 5).

Petitioner did not comply with the court's order by the deadline; therefore, on January 18, 2022, the court issued an order directing Petitioner to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (ECF No. 6).  The thirty-day deadline passed, and Petitioner has not paid the filing fee or otherwise responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus (ECF No. 1) be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of February 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.