IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MARIO BRADLEY, JR.,

      Petitioner,

v.                                                              4:21cv469–WS/EMT

JEREMY HEAD, et al.,

      Respondents.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed February 24, 2022. The magistrate judge recommends that the petitioner's petition (ECF No. 1) for writ of habeas corpus be dismissed for failure to comply with a court order. The petitioner has filed no objections to the report and recommendation.

      Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation (ECF No. 7) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's petition (ECF No. 1) for writ of habeas corpus is hereby

DISMISSED without prejudice for failure to comply with a court order.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of

habeas corpus is dismissed without prejudice."

DONE AND ORDERED this __17th__ day of ___March___, 2022.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE